The People of the State of New York ex rel. Glens Falls Insurance Company, Respondent, v. Delbert S. Howe and Lewis F. Stickney, as Assessors of the City of Glens Falls, Appellants.— Order unanimously affirmed, with costs.

The People of the State of New York, Respondent, v. Nathaniel D. Rand, Appellant.—Judgment of conviction affirmed. All concurred.

Max Roth v. H. Jay Spencer and Another.— Motion to dismiss appeal granted unless the appellant serves and files printed case and has case ready for argument at the next term of this court, in which case motion is denied.

Dominick Ruby and Rose Ruby, Respondents, v. Charles H. Streever and Others, Appellants.—Judgment and order unanimously affirmed, with costs.

I. J. Willmarth, Appellant, v. The First Baptist Church of Sidney, N.Y., Respondent.— Judgment unanimously affirmed, with costs.

Jesse Barnet, Respondent, v. James H. Cross, Appellant.— Interlocutory judgment affirmed, with costs, with usual leave to the appellant to withdraw the demurrer, and answer upon payment of costs. All concurred.

Mary E. Cramer v. Frank Brownell.— Motion for reargument denied.

William L. Hartwell, Respondent, v. Jerome J. Farrell, Appellant.—· Order affirmed, without costs. All concurred.

Aimee L. Hanson, Respondent, v. Henrietta Reutti Hanson, Appellant, Impleaded with Others.— Order reversed, without costs, and place of trial changed to Columbia county, with costs to appellant to abide event. All concurred, except Howard, J., dissenting.

Isadore S. Joseph, Appellant, v. Aai Guernsey, Respondent.— Motion granted.

Antoine Manion, as Administrator, etc., Respondent, v. Henry C. Ricketson, Appellant.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Claim of Marie Jensen, Widow, and Others, Respondents, for Compensation under the Workmen's Compensation Law upon the Death of Christen Jensen. Southern Pacific Company, Employer and Self-Insurer, Appellant.—Decision and award affirmed. All concurred; Kellogg, J., not sitting.

In the Matter of the Claim of William Alfred Walker, Respondent, for Workmen's Compensation. Clyde Steamship Company, Employer and Self-Insurer, Appellant.— Decision and award affirmed. All concurred, except Kellogg, J., not voting.

In the Matter of the Claim of William James Burns, Respondent, for Workmen's Compensation. Southern Pacific Company, Employer and Self-Insurer, Appellant.— Decision and award affirmed. All concurred; Kellogg, J., not sitting.

Michael T. Monogue, Appellant, v. The City of Schenectady and Others, Respondents.— Motion granted unless within ten days appellant pays to